## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 10-23665-CIV-HOEVELER

**MARINA TOMEVSKA,**

      Plaintiff,

v.

**NCL BAHAMAS LTD.,**

      Defendant.

_____/

## ORDER DENYING JOINT MOTION FOR EXEMPTION FROM LOCAL RULE 16 AND DENYING MOTION FOR PROTECTIVE ORDER

This Cause comes before the Court on the parties' joint request to be exempted from preparing a scheduling conference report, and Defendant's motion for protective order as to pending discovery. Based on a review of the motions, it is

ORDERED AND ADJUDGED that the joint motion is DENIED; however, Defendant's request for a stay of all discovery is GRANTED, in part. Discovery in this matter, and the required meeting of counsel pursuant to federal procedural rules, shall be STAYED until this Court rules on the Defendant's motion to dismiss/motion to compel arbitration.

DONE AND ORDERED in Chambers in Miami this 29 day of October 2010.

WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

copies to:    counsel of record